Argued March 27, affirmed March 27, petition for rehearing denied April 18, petition for review denied May 23, 1972

STATE OF OREGON, *Respondent, v.* ROBERT FRANKLIN ROE (No. 71 1006), *Appellant.*

494 P2d 905

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and THORNTON, Judges.